# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2014

### NO. 03-11-00701-CV

**Terry Christopher Bounds, Appellant**

**v.**

**David Fernea; Bounds and Pinto Marketing, Inc.; and Austrends, Inc., Appellees**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND GOODWIN
VACATED AND CAUSE DISMISSED ON JOINT MOTION --
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on August 11, 2011. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; vacates the district court's judgment and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.